IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-147-DCK

| | |
|---|---|
| **CLIFFORD THOMAS NICHOLSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **KILO KIJAKAZI,** ) | |
| **Acting Commissioner Of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Petition For Attorney Fees Under The Equal Access To Justice Act" (Document No. 17) filed May 31, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

Plaintiff indicates that Defendant has consented to his request for fees. (Document No. 16). Having reviewed the motion, supporting exhibits, and the record, the Court determines that Plaintiff should be awarded attorney fees under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,100.00.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Petition For Attorney Fees Under The Equal Access To Justice Act" (Document No. 17) is **GRANTED**. The Court will award attorney fees in the amount of **$4,100.00**, and pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff

and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government will exercise its discretion and honor an assignment of EAJA fees, and pay those fees directly to the Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**SO ORDERED**.

Signed: June 1, 2022

David C. Keesler
United States Magistrate Judge